**TRAIN, Administratrix of Train, v. GEORGE CONWELL, FISH-ER CONWELL and ELIAS, Executors of Elias Conwell.**

Supreme Court. November, 1793.

*Read's Notebook, 7.*

---

[1] Blank in manuscript.

* This case is also reported in *Bayard's Notebook, 4; Wilson's Red Book, 8; Miller's Notebook, 46.*

PER CURIAM. The cases cited show that a judgment confessed by one executor may be reversed, but still those cases cited by the defendants' counsel notwithstanding, it is a judgment and therefore supports the plaintiff against the plea, but we do not say what we should do, if the other executors were before us upon the execution.